

ORDERED in the Southern District of Florida on October 18, 2019.



**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

**CASE NO.: 15-11885-BKC-EPK**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

GUILLERMO LAUREANO
XXX-XX-5559
MARIA LAUREANO
XXX-XX-3818

DEBTORS_____/

## ORDER GRANTING TRUSTEE'S MOTION TO DEVIATE FROM PLAN AND DEEM CLAIM WITHDRAWN (DE# 92)

**THIS CAUSE** came to be heard on the October 15, 2019 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Deviate from Plan and Deem Claim Withdrawn ("Motion"), and based on the record, it is
**ORDERED:**

1. The Trustee's Motion is **GRANTED**.

2. The Trustee is directed to disburse funds specified in the Motion allocated to Capital One Auto Finance ("Creditor") to pay administrative, secured, and priority creditors more quickly (if applicable) and to increase the amount paid to allowed general unsecured creditors by the balance due Creditor for the remainder of the Plan term.

3. The Debtors shall continue making payments under the Plan until further Order of this Court, if applicable.

4. The Proof of Claim filed by Creditor is deemed withdrawn

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTORS**
GUILLERMO LAUREANO
MARIA LAUREANO
1267 WINDING ROSE WAY
WEST PALM BEACH, FL  33415

**ATTORNEY FOR DEBTORS**
SEAN I. KOPLOW, ESQUIRE
SEAN I. KOPLOW, P.A.
8461 LAKE WORTH ROAD
SUITE 204
LAKE WORTH, FL  33467

**CREDITOR**
CAPITAL ONE AUTO FINANCE
C/O AIS PORTFOLIO SERVICES, LP
POB 4360
HOUSTON, TX  77210

**ADDITIONAL CREDITORS**
CORPORATION SERVICE COMPANY
REGISTERED AGENT FOR CAPITAL ONE AUTO FINANCE, INC
211 E. 7TH STREET, SUITE 620
AUSTIN, TX  78701

ORDER GRANTING MOTION TO DEVIATE FROM PLAN
CASE NO.:  15-11885-BKC-EPK

CAPITAL ONE AUTO FINANCE
C/O AIS PORTFOLIO SERVICES, LP
4515 N SANTA FE AVENUE DEPT. APS
OKLAHOMA CITY, OK  73118

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.